**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2592**

---

MCC SPECIAL PURPOSE CORPORATION I,

          Plaintiff - Appellee,

    versus

DEBORAH S. KOLODNER,

          Defendant - Appellant,

    and

MAURICE C. WILSON; CARTER MEDICAL SERVICES OF
MARYLAND, INCORPORATED, d/b/a Plaza Therapy;
PLAZA APPLIANCES,

          Defendants.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-96-
1201)

---

Submitted: July 22, 1998        Decided: July 31, 1998

---

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Deborah S. Kolodner, Appellant Pro Se. Sean Francis O'Hagan Murphy, MCGUIRE, WOODS, BATTLE & BOOTHE, McLean, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Deborah S. Kolodner appeals the district court's order granting a monetary judgment against her in favor of the Appellee. The judgment was based on a settlement agreement, to which Kolodner was a party. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED